**Petition for Writ of Mandamus Denied and Memorandum Opinion filed March 3, 2023.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-23-00142-CV

_____

### IN RE CHRISTIAN RUIZ-VIDAURRI, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**149th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 105661-CV**

## MEMORANDUM OPINION

On March 1, 2023, relator Christian Ruiz-Vidaurri filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Jessica Pulcher, presiding judge of the 149th District Court of Brazoria County, to set aside her February 7, 2023 order denying relator's motion for leave to designate a responsible third party.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny relator's motion to stay.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Wilson.